# HAYNES BOONE

_[Signature]_
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

January 11, 2022

*Via ECF*

Honorable Lorna G. Schofield
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Application GRANTED.  The IPTC scheduled for January 19, 2022, is adjourned to February 16, 2022, at 4:00 p.m.  The deadline to file joint IPTC materials is adjourned to February 9, 2022, at noon.  So Ordered.

Dated: January 12, 2022
    New York, New York

*Re: Contreras v. Cavaliers Operating Company, LLC Case No. 1:21-cv-09438-LGS*

Dear Judge Schofield:

    We are counsel to Defendant Cavaliers Operating Company, in the above-captioned action, and write with Plaintiff's consent.  We write pursuant to Rule I(B)(2) of Your Honor's Individual Practices to respectfully request a 30-day adjournment of the initial pretrial conference and submission of the Civil Case Management Plan and joint letter, from January 12, 2022 and January 19, 2022 to and including February 11, 2022 and February 18, 2022, respectively.

    The parties are currently engaged in settlement discussions, which may be impeded if they are required to take substantive positions in the joint letter and to engage in discovery.  A thirty-day extension will allow those discussions to continue and best serve the parties' and Court's interested in efficiency.  This is the first request for the relief sought and it does not affect any other dates in this matter.

    We thank the Court for its attention to this matter.

                                      Respectfully submitted,

                                      */s/ Joseph Lawlor*

                                      Joseph Lawlor

cc: Counsel of record (via ECF)